BRYNER

v.

RECORDS COMM

20170112

Supreme Court of Utah.

05-19-2017

20160870

Petition for Writ of Certiorari Denied.

PATTERSON

v.

KNIGHT

20170184

Supreme Court of Utah.

05-08-2017

20150885, 391 P.3d 1075

Petition for Writ of Certiorari Denied.

MOWER

v.

SIMPSON

20170168

Supreme Court of Utah.

05-05-2017

20150549, 392 P.3d 861

Petition for Writ of Certiorari Denied.

FULLER

v.

BOHNE

20170195

Supreme Court of Utah.

05-08-2017

20150146, 392 P.3d 898

Petition for Writ of Certiorari Denied.